

EXHIBIT 1