SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

REPORT OF NEUROSURGICAL CONSULTATION

March 3, 1993

Arango, Jairo
25-54 77th Street
Jackson Heights, New York 11370

This patient was seen by me on neurosurgical consultation at my office on November 24, 1993.

PRIOR MEDICAL RECORDS:

I have reviewed copies of the following reports:

1/26/90 - There was a 1 day admission to St. Francis Hospital, Roslyn, New York, where the patient was admitted to the emergency room from the site of a plane crash at approximately 11:00 p.m. on January 25, 1990. The patient was reported as having a fracture of the left humerus, right and left tibias, and depressed skull fracture. There was noted some numbness of the 2nd, 3rd and 4th fingers and bilateral lung contusion. It

**EXHIBIT 2**

SHERWOOD JACOBSON, M.D., F.A.C.S., F...C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 2 -

was noted that he had abdominal pain and had shortness of breath on arrival at St. Francis Hospital. Also noted was fracture of the right fibula. There was also noted an avulsion fracture, extending off the lateral malleolus on the left with a fracture of medial malleolus of the left tibia. There was fracture at the base of the 2nd proximal phalanx and of the left 3rd metacarpal head. There were also fracture dislocations of the 4th and 5th metacarpal bones. There were articulations with the carpal bones. It was felt that there was probably a fracture at the base of the 3rd metacarpal on the left. He had peritoneal tap with a negative lavage and he was given tetanus toxoid and was transfused with 4 packs of packed cells and electrolyte solution, intravenously. The patient reported pain of the entire spine with tenderness, and there was also severe pain in the extremities as well as the head. He had a laceration of the skull which was sutured. It was felt that there was one contusion. There was ecchymosis over his back area, particularly on the lower left and the thighs. He was transferred to the neurosurgical service of Dr. Robert Carras at North Shore Hospital. There was reported

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 3 -

negative computerized axial tomography of the chest, extending from the apices of the lungs to the upper abdomen. X-ray of the cervical spine was done in the lateral view down to C4 and no abnormalities were seen. X-rays of the lumbosacral spine showed compression fracture of L1 and L2, as well as the superior plate of L4.

1/26/90 to 2/23/90 period of hospitalization at the North Shore Hospital indicated the patient was admitted with a left frontal depressed skull fracture. On x-ray, there was a question of atelectatic changes of early infiltrate in the right upper lung field medially. CT scan of the lumbar spine of 1/29/90 was reported as showing compression fracture involving the L4 vertebral body and a displaced fracture involving the transverse process on the left at the L4 level. Also noted was a compression fracture of the L2 body. The L1 level could not be evaluated in its entirely on this study. On 1/26/90 there was evacuation of subgaleal clot and elevation of left frontal depressed skull fracture. The patient had open reduction and internal fixation of the right ankle, open reduction of

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 4 -

internal fixation of left 5th metacarpal and hamate fracture. There was also a closed intramedullary rodding of the left humerus. The patient was placed in short arm cast to the left upper extremity and short leg cast to both lower extremities. On 1/31/90 it was noted that the right thumb was draining pus. The patient reported diffuse pain. On 2/6/90 he underwent an application of a rod to the left humeral fracture and operative reduction and pinning of left metatarsals (4th and 5th) dislocation. Left arm cast was applied. While in the hospital, he was on bed rest with a foley catheter. A right and left leg cast had been applied. The patient was treated with physiotherapy. The patient also had dental surgery.

2/23/90 to 4/11/90 period of hospitalization at the Brunswick Hospital Center where he received comprehensive rehabilitation therapy. On admission, he had a left short arm cast and right and left leg cast in place and was experiencing pain in the left upper extremity, right ankle and right foot. Physical examination on admission showed a surgical scar in the mid frontal area and a scar over the left forehead. There were

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 5 -

short leg casts on both lower extremities and short arm cast on the left upper extremity. There was a surgical scar of the left shoulder with metal clips in place, and ecchymotic areas of the left arm. Range of motion was markedly limited at the left shoulder with pain. Strength of the left upper extremity was difficult to test because of painful left shoulder and left short arm cast. Left shoulder motion was poor to fair. Left elbow motion was a bit more than fair, and left finger motion was a bit more than fair in range. Strength of both toes was a bit more than fair in range. Noted was numbness of the left 1st and 2nd and 3rd fingers. X-rays of the right foot revealed a fracture in the navicular bone through plaster cast, and also fracture of the humeral head on the left. At the beginning of the hospital course, the patient had epidural gastric distress and received gastrointestinal work-up with subsequent clearing of his symptomatology. At the time of discharge, the patient was also able walk with a walker with partial weight bearing on the right lower extremity, and full weight bearing on the left lower extremity. There was still significant left shoulder flexion and abduction of about 90 degrees and limited left

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 6 -

wrist motion. There was also significant deficit of function of the left upper extremity. Because of limited motion, strength of the left upper extremity was generally fair.

5/9/90 to 4/13/92 -- 17 reports of office visits of Dr. Eduardo Rodriguez. It is noted that the patient had pain in the lower back with tenderness and some evidences of swelling. He was treated with a TENS unit. There was also pain extending into both inguinal regions and extending into the testes as well. Pain and edema of the right ankle was noted. In addition to physiotherapy, he was treated with gait training, and full weight bearing bilaterally. Also noted was scoliosis of the cervical-thoracic region. Noted was hypalgesia of the lateral right leg. The patient was noted to be completely disabled. There was noted restriction of motion of the lumbar back. He continued to have a great deal of pain in the low back, with severe muscle spasm. Noted was decreased range of motion of the left shoulder and sensory deficit of the left C5 dermatome, as well as tenderness of the lumbar back.

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
St. Vincent's Hospital & Medical Center
Faculty Practice

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 7 -

5/27/92 report of Dr. A. Schwartz. The patient was originally seen on 10/16/91 primarily because of severe low back pain. He was subsequently seen on 11/12/91. X-rays were done of the lumbosacral spine, including lateral flexion and extension views which showed evidence of compression fracture of L2 without instability.

10/14/92 report of Dr. N. Corbelli indicated the presence of frequent headaches, pain on range of motion of the left shoulder, aching in the humerus with change of weather, pain in left wrist and hand when trying to lift anything for any type of heavy work, chronic aching of the right ankle increased with standing and walking. However, his major difficulty was incapacitating low back pain which is increased on standing and walking, but is constant even on sitting or lying down. Examination showed decrease range of motion of the lumbar back and cautious gait with right limp. He is slow getting on and off of the examining table. There was loss of 15 degrees of forward flexion abduction of the left shoulder with decrease of left external rotation of the shoulder. There was loss of

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 8 -

approximately 15 degrees of dorsal flexion and 10-15 degrees of flexion of the left wrist. There was tenderness of the base of the 4th and 5th metacarpals, and a flexion deformity of the neck of the left 3rd metacarpal, and difficulty forming an effective left fist with pain on gripping at the base of the 4th and 5th metacarpal and over the neck of the 3rd metacarpal. It was noted a well-healed scar over the fibula of his right ankle, with loss of dorsal flexion on the right. There was patchy hypesthesia over the lateral right thigh.

HISTORY:

The history was taken through an interpreter, Christine Martinez a friend of the patient. This 35 year old man on January 25, 1990 was injured in an airplane crash. He was unconscious for approximately 1 1/2 hours. Following the accident, he had pain in the arms, legs, back and head. He suffered a depressed skull fracture and multiple fractures of the extremities as noted in the prior medical reports.

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 9 -

At the present time, the patient is having a great deal of pain in the low back. This has been the same since the onset. It is constant. He spends 3-4 hours at a time lying down. There is pain in both lower extremities. There is pain in the middle thoracic back, extending into the neck, and there is posterior headaches. He has numbness and tingling of the right lower extremity. The pain in the back is made worse by twisting, sitting, walking and sneezing. He walks with a limp. There is pain in the left upper extremity, involving the arm and forearm. He has swelling of the right ankle. The patient has recurrent vertigo. He has decreased concentration and alcohol intolerance. The patient has ringing in his ears since the accident. The patient has difficulty remembering things from months ago since the accident. The patient has difficulty remembering things from years ago since the accident. The patient has difficulty remembering to do things during the day since the accident. The patient has difficulty finding his way about since the accident. When several things happen at the same time, the patient has difficulty understanding what is

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 10 -

happening since the accident. The patient thinks more slowly since the accident. The patient frequently forgets what he has set out to do in the process of doing it since the accident. The patient has difficulty with fine movements like buttoning clothes, turning pages in a book, picking up small objects, etc. since the accident. He is depressed with anxiety features. There is emotional liability and easy fatigability. He has constant difficulty with not being able to sleep. He has difficulty falling asleep and staying asleep. He has difficulty organizing his activities and staying on one task until it is finished. He had none of these difficulties prior to the accident.

PAST HISTORY:

There have been no significant injuries, major operations or serious illnesses. There are no allergies nor drug sensitivities.

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 11 -

WORK AND ACTIVITY HISTORY:

The patient was working full time running his own business prior to the accident and has not worked since the accident. Home and social activities are practically nil.

NEUROLOGICAL EXAMINATION:

General Appearance: The patient is a well-developed, well nourished individual who is consistent with stated age. There is no evidence of any wasting disease.

Mental Status: Patient is oriented as to time, place and person. The patient's conversation is coherent and appropriate. The patient is alert.

Station & Gait: The patient walks quite slowly with a waddling gait and small steps. He reports pain in the right lower extremity. He has difficulty arising and sitting. Heel and

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
St. Vincent's Hospital & Medical Center
Faculty Practice

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 12 -

toe walking bilaterally is poor and produces pain in the right lower extremity.

Head Functions: There is a depressed area in the left frontal skull approximately 8 cm. long with an overlying scar. There are multiple scars of the scalp and an 8 cm. scar of the forehead. The scar on the right of the scalp extends into the forehead. The head is of normal shape, size and contour. There is normal vision acuity and visual fields. Funduscopic examination shows no abnormality. Extraocular movements are full. There is no nystagmus. Facial and corneal sensitivity is intact. Facial movements are good and normal throughout. Auditory acuity is normal bilaterally. Tongue protrudes in the midline. There is no atrophy of the tongue. Jaws opens in the midline. There is no jaw jerk present. Gag reflexes are present. Sensation in the throat and mouth is normal.

Neck Functions: There is tenderness and spasm of the neck. Head bending to the right is to 45 degrees. Head bending to the left is to 25 degrees. Head rotation to the right is to 80

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 13 -

degrees. Head rotation to the left is to 70 degrees. Flexion of the head is to 40 degrees with 2+ pain. Extension of the head is to 30 degrees with 2+ pain.

Arm Functions: There is a scar of the left shoulder. Abduction of the right shoulder is to 180 degrees, and on the left to 170 degrees with 2+ pain. There is normal muscle bulk and strength with no abnormalities of tone. There is no tremor. The biceps deep tendon jerks, the triceps deep tendon jerks and the radioperiosteal jerks are physiological and equal. The Hoffman's reflex is absent bilaterally. There are no abnormal reflexes. The color is good. There is normal moistness and temperature of the extremities. Sensation is normal with the patient being able to perceive touch, pinprick, vibration, position and number writing.

Trunk Functions: There is decreased lumbar lordosis with paravertebral spasm and tenderness. Fingertip-to-floor distance is 70 cm. Anterior trunk bending distance is 59 cm. Right lateral bending fingertip-to-floor distance is 60 cm. and

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 14 -

on the left to 60 cm. Midline palm to midline trunk distance is 31 cm.

Leg Functions: There is a scar of the right ankle with decreased range of motion. There is swelling and tenderness of the right ankle. There is normal muscle bulk and strength with no abnormalities of tone. There is no tremor. Knee and ankle deep tendon reflexes are physiological and equal, except for absent right ankle jerk. The plantar responses are flexor. There are no abnormal reflexes and no clonus present. The color is good. There is normal moistness and temperature of the extremities. Sensation is normal with the patient being able to perceive touch, pinprick, vibration and position.

REPORTS:

Copies of the following reports were reviewed:

12/3/92 X-rays of the lumbar spine extension view shows compression fractures involving the superior endplates of T12

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 15 -

and L-1. There is a questionable pars defect at L-5.

12/3/92 Report of Magnetic Resonance Imaging of the lumbosacral spine indicates the presence of compression fractures in the T-12 and L1 superior inplates and secondary degenerative changes in the intervertebral discs which are narrower and desiccated at these levels.

12/16/92 Report of Dr. F. Cerabona indicated the requirement of further physiotherapy and if the patient continues to have difficulty, discography would be indicated. He is now referring patient to a hand surgeon regarding his stiff left wrist.

COMMENT:

As a result of the accident of January 25, 1990, this patient suffered fracture of the left humerus; bilateral lung contusions; fracture of right tibia; fracture of left tibia; depressed skull fracture with laceration and scalp contusion;

SHERWOD JACOBSON, M.D., F.A.C.S., F. .S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 16 -

fracture of right fibula; avulsion fracture; fracture of the left lateral malleolus of the fibula and medial malleolus of tibia; fracture base of the left second proximal phalanx and also fracture of the left third metacarpal head; fracture of dislocation of the fourth and fifth metacarpal bones; probable fracture of the third metacarpal on the left at the base; fracture and dislocation of the fourth and fifth metacarpal bones; contusion and ecchymosis of the back and thighs; compression fractures of T12, L1 and L2; fracture of the superior plate of L-4; atelectasis of the lung; subdural clot; left hamate; scar of the skull; surgical scar of the left shoulder; ecchymosis of the left arm; fracture of right navicular; left scapulohumeral; peri-arthropathy; fracture of the left L1 transverse process; per-arthropathy of left wrist; lumbosacral radiculopathy; cerebral concussion; cerebral contusion with traumatic brain injury, left hamate fracture; skull defect, post concussion syndrome; depressed reaction with anxiety features, cervical sprain with stretching and tearing of the musculature, ligaments, tendons and other connective tissue elements of the neck; fracture of right navicular bone;

SHERWOOD JACOBSON, M.D., F.A.C.S., F.I.C.S.
ST. VINCENT'S HOSPITAL & MEDICAL CENTER
FACULTY PRACTICE

CLINICAL PROFESSOR OF NEUROSURGERY
NEW YORK UNIVERSITY SCHOOL OF MEDICINE

36 SEVENTH AVENUE, SUITE 520
NEW YORK, N.Y. 10011-6608
(BETWEEN W. 12 & 13TH ST.)

GRAMERCY 3-7170
FAX (212) 727-3411

- 17 -

post-traumatic secondary degenerative changes noted narrowing of the intervertebral disc at the T11-12 and T12-L1 associated with these findings; degenerative disease of the lumbar spine.

This patient is totally and permanently disabled. He requires further treatment and surgery is likely. He has serious permanent impairments. The surgery noted above is the direct result of the accident of January 26, 1990.

Sherwood Jacobson, M.D.