

U.S. Department of Justice
Immigration and Naturalization Service

JFK International Airport
IAB # 51 East Wing
Jamaica, N Y   11430

NYC 70/48; 70/18.34

JAN 30 1996

Mr. William M. Pavlov
Attorney at Law
633 N.E. 167th St., Suite 1112
North Miami Beach, Florida 33162

        Re:  ARANGO, Jairo Edilio
            (Avianca survivor of 1/25/90)

Dear Mr. Pavlov:

Thank you for your inquiry regarding immigration procedures pertinent to the survivors of the Avianca disaster of January 25, 1990.

Surviving passengers had their immigration inspections deferred for completion at such time as they were able to report to the offices of the Immigration Service in New York. This process should not be confused with that of an "indefinite parole for humanitarian reasons." After several years, unclaimed documents which had been recovered were returned to the Consulates of the countries of issuance.

Apparently your client did not contact either the Immigration Service or Avianca upon his recovery or he would have been advised of this procedure. At this point Mr. Arango remains an uninspected survivor and should report to an Immigration office "for completion of inspection." Enclosed is an "order to appear for deferred inspection" on February 28, 1996, at the office of this Service in Miami, Florida.

Sincerely,

John Mirandona
Area Port Director

**EXHIBIT 3**

| U.S. Department of Justice | ORDER TO APPEAR |
|---|---|
| Immigration and Naturalization Service | DEFERRED INSPECTION |

You, **JAIRO Edilio ARANGO**  COB **Colombia**  DOB **1-9-57**

have not established conclusively that you are admissible to the United States; therefore, *YOU ARE ORDERED TO APPEAR IN PERSON AT THE BELOW INDICATED ADDRESS ON THE DATE AND TIME CITED.* A final determination will be made then concerning whether and under what conditions you will be admitted to this country for the purpose you have indicated. *FAILURE TO APPEAR AS ABOVE ORDERED MAY RESULT IN YOUR BEING TAKEN INTO CUSTODY BY AN OFFICER OF THIS SERVICE.*  ☐ Your passport has been retained. It will be returned to you in person when you report to the address indicated below.

**Reporting Address:**
U.S. IMMIGRATION AND NATURALIZATION SERVICE
7880 BISCAYNE Rm 550
MIAMI FL 33138

**Reporting Date & Time**
FEB 28. 1996
10:00

**Specific Reason(s) for Deferral of Inspection:**
☐ Documentary Deficiency: ☐ Passport ☐ Visa ☐ FORM I-151/I-551
☐ Non-bonafide Nonimmigrant (See details below)
☐ For M/S Bond Posting (See details below)

DETAILS:

Applicant Speaks _____ (Language)

Deferring Port: NYC-JFKIA
Date: 1/30/96
Signature of recommending officer: Diane McConnell / McConnell
Supervisory Officer: [signature]

FORM I-546 (REV. 4-1-83) Y           (NOTE: Instructions on Reverse)