Reporting Address:

U.S. IMMIGRATION AND NATURALIZATION SERVICE

7880 BISCAYNE Rm 550

MIAMI FL 33138

Reporting Date & Time

FEB 28, 19
10:00

Specific Reason(s) for Deferral of Inspection:
- [ ] Documentary Deficiency: [ ] Passport [ ] Visa [ ] FORM I-151/I-551
- [ ] Non-bonafide Nonimmigrant (See details below)
- [ ] For M/S Bond Posting (See details below)

Applicant Speaks ____

DETAILS:

Departure Number

357367039 05

PAROLED until FEB 28 96

Purpose: DEFERRED INSPECTION

NYC  1/30/96  2363
(Port) (Date) (Office)

Immigration and Naturalization Service
I-94
Departure Record

14. Family Name
ARANGO

15. First (Given) Name
JAIRO EDILIO

16. Birth Date (Day/Mo/Yr)
01 09 57

17. Country of Citizenship
COLOMBIA

See Other Side     ENGLISH     STAPLE HERE

Signature of recommen[der]: Diane McC___

NYC-JFKIA
Deferring Port

1/30/96
Date

Supervisory Off[icer signature]

(NOTE: Instruct[ions])

FORM I-546 (REV. 4-1-83) Y

**EXHIBIT 4**