U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I526 |
|---|---|---|
| SRC-96-216-51239 | IMMIGRANT PETITION BY ALIEN ENTREPRENEUR | |

| RECEIPT DATE | PRIORITY DATE | APPLICANT | A74 659 275 |
|---|---|---|---|
| UNKNOWN | July 23, 1996 | ARANGO, JAIRO E. | |

| NOTICE DATE | PAGE |
|---|---|
| October 15, 1996 | 1 of 1 |

JAIRO E. ARANGO
C/O WILLIAM M PAVLOV ESQ P A
633 NE 167TH ST STE 1112
NORTH MIAMI BEACH FL 33162

**Notice Type:** Approval Notice
Section: Investor - Target employment area, 203(b)(5)(C)(ii) INA

Courtesy Copy: Original sent to: PAVLOV ESQ, WILLIAM M

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved.

The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

Please read the back of this form carefully for more information.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 152122 - DEPT A
IRVING TX 75015-2122
Customer Service Telephone: (214) 767-7769



**EXHIBIT 5**

Form I-797C (Rev. 09/07/93)N