

**EXHIBIT 6**





ALIEN REGISTRATION RECEIPT CARD
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

T58 MIA 970709 691  7237456006

A1USA075438206<01<9709<<<<<<<<
8611208M9907098<<<<<<0BEC5A220
ARANGO<<SANTIAGO<<<<<<<<<<<<<<