U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE FORM I829 |
|---|---|
| SRC-99-256-00012 | PETITIONER  JAIRO  ARANGO LOPEZ |
| A 74659275 | BENEFICIARY |
| NOTICE DATE  07/12/1999 | PAGE  1 OF 1 |

RECEIPT NOTICE

J. ARANGO LOPEZ
633 NE 167TH STREET 701
N MIAMI BEACH    FL    33162

***** THE ABOVE RECEIPT NUMBER MUST ACCOMPANY ALL INQUIRES !! *****

RECEIVED   $345.00 IN THE FORM OF MONEY ORDER
FROM:   JAIRO           ARANGO LOPEZ

YOUR ALIEN CARD IS EXTENDED 12 MONTHS - EMPLOYMENT AND TRAVEL AUTHORIZED.  PROCESSING YOUR FORM WILL REQUIRE A MINIMUM OF 120 DAYS.  IF YOU HAVE NOT HEARD FROM US WITHIN SIX (6) MONTHS, THEN YOU MAY CONTACT THIS OFFICE.

You will be notified separately about any other cases you have filed.

IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488    DEPT A
MESQUITE           ,TX 75185-1488
Customer Service Telephone: 214-381-1423

EXHIBIT 8

Form I-797C (Rev. 09/07/93)N