

U.S. Department of Homeland Security
**United States Citizenship & Immigration Services**

6445 NE 7TH Ave
*Miami, FL 33138*

Date: July 25TH, 2007

JAIRO ARANGO
10729 SW 147 PL
MIAMI, FL 33196

A: 74-659-275

MR. ARANGO, AFTER CONFIRMING THAT YOUR CONDITIONAL STATUS IS STILL PENDING WITH THE TEXAS SERVICE CENTERK, YOU AND YOUR FAMILY ARE ENTITLED TO HAVE AN ADIT STAMP SINCE YOUR I-829 PETITIONS ARE STILL PENDING PROCESSING. BRING YOUR FAMILY WITH THIS LETTER AND THEIR PASSPORTS IN ORDER TO PROVIDE THIS BENEFIT FOR YOU AND THEM.

YOU DON'T NEED TO DO AN INFOPASS APPOINTMENT. TRY TO COME IN THE MORNING.

Very truly yours

*[signature]*
Immigration Information Officer

**EXHIBIT 9**