

**U.S. Department of Homeland Security**
CALIFORNIA SERVICE CENTER
24000 AVILA ROAD
LAGUNA NIGUEL, CA 92677

**U.S. Citizenship and Immigration Services**

Tuesday, December 21, 2010

JAIRO ARANGO LOPEZ
10729 S W 147 PLACE
MIAMI FL 33196

Dear Jairo Arango Lopez:

On 12/13/2010 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I829 |
| **Filing date:** | 07/20/1999 |
| **Receipt #:** | SRC-99-256-00012 |
| **Referral ID:** | KND3471000065TSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A074659275 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

We are unable to respond to your inquiry concerning your EB5 petition. Please send your inquiry directly to USCIS.ImmigrantInvestorProgram@dhs.gov.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must submit Form AR-11 AND notify this office of their change of address, within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). To notify this office of a move, visit our website at: www.uscis.gov or call the National Customer Service Center at 1-800-375-5283. The Form AR-11 can be downloaded from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. Instructions for filing the Form AR-11, including mailing instructions, are included on the Form.

U.S. Citizenship and Immigration Services

**EXHIBIT 10**