U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship and Immigration Services**

March 30, 2012

Refer To File No. LIN1190744465

JAIRO ARANGO
C/O WILLIAM M PAVLOV
1400 NE MIAMI GARDENS DR STE 219
N MIAMI BEACH FL 33179

Dear Sir or Madam:

RE: Form: I90  APPLICATION TO REPLACE ALIEN REGISTRATION CARD
    Beneficiary:   ARANGO, JAIRO

## Decision

This notice refers to your Form I-90, Application to Replace Permanent Resident Card, filed on June 23, 2011, in which you are requesting a Permanent Resident Card pursuant to Title 8, Code of Federal Regulations, Section 264.5. Upon consideration, it is ordered that your application be denied for the following reason:

Title 8, Code of Federal Regulations, Section 216.6(a)(1) states, in part, that:

> A petition to remove the conditional basis of the permanent resident status of an alien accorded conditional permanent residence pursuant to section 203(b)(5) of the Act must be filed by the alien entrepreneur on Form I-829, Petition by Entrepreneur to Remove Conditions.

Title 8, Code of Federal Regulations, Section 216.6(a)(5) states, in part, that:

> Failure to properly file Form I-829 within the 90-day period immediately preceding the second anniversary of the date on which the alien obtained lawful permanent residence on a conditional basis shall result in the automatic termination of the alien's permanent resident status and the initiation of deportation proceedings.

Title 8, Code of Federal Regulations, Section 216.6(a)(1) states, in part, that:

> Upon receipt of a properly filed I-829, the alien's conditional permanent resident status shall be extended automatically, if necessary, until such time as the director has adjudicated the petition.

A search of USCIS records show that you were admitted as or adjusted to a conditional Lawful Permanent Resident on July 9, 1997. Your conditional permanent residence expired on July 9, 1999. USCIS records indicate that you filed a Form I-829, Petition by Entrepreneur to Remove Conditions, on July 20, 1999, which is currently pending. If your I-829 is approved, USCIS will send you a permanent I-551, Alien Registration Card.

Therefore, your Form I-90, Application to Replace Permanent Resident Card, cannot be approved and is hereby denied. However, until your petit                                  expired card can be used as proof of
lawful status. If you have lost yo                                              SCIS office to obtain a stamp in

Nebraska Service Center                      **EXHIBIT 11**                           www.uscis.gov

Receipt Number: LIN1190744465                Page 2

your passport showing proof of your lawful status.

There is no appeal to this decision.

NOTICE: USCIS regulations do not provide for an appeal to this decision. However, you may file a motion to reopen or reconsider an adverse decision. A motion must be filed using Form I-290B, Notice of Appeal or Motion. Form I-290B must be filed within 30 days from the date of this notice (33 days if this notice was received by mail) with the appropriate filing fee and other documentation in support of the motion. Do not send the completed Form I-290B directly to the Nebraska Service Center. For more information about filing motions, as well as fee required and filing locations, and to download Form I-290B, please visit the USCIS website at www.uscis.gov. You may also contact the National Customer Service Center (NCSC) at 800-375-5283.

This decision is without prejudice to consideration of subsequent applications filed with the U.S. Citizenship and Immigration Services.

Sincerely,

Mark Hazuda
Director
NSC/LMJ EX0237