

**REPUBLICA DE COLOMBIA**

PASAPORTE
*PASSPORT*

| | | |
|---|---|---|
| Tipo / *Type* | Cod. pais / *Country code* | Pasaporte Nº / *Passport No.* |
| P | COL | AQ471340 |

Apellidos / *Surname*
ARANGO LOPEZ

Nombres / *Given names*
JAIRO EDILIO

Nacionalidad / *Nationality*
COLOMBIANA

Fecha de nacimiento / *Date of birth*
09 ENE/JAN 1957

Núm. personal / *Personal No.*
CC70076938

Sexo / *Sex*          Lugar de nacimiento / *Place of birth*
M          ITAGUI COL

Fecha de expedición / *Date of issue*
22 ENE/JAN 2015

Autoridad / *Authority*
C. MIAMI

Fecha de Vencimiento / *Date of expiry*
21 ENE/JAN 2025

Firma del titular / *Holder's signature*

```
P<COLARANGO<LOPEZ<<JAIRO<EDILIO<<<<<<<<<<<<<
AQ471340<5COL5701092M2501213CC70076938<<<<26
```

**EXHIBIT 12**

















