7/13/2017                                                    Your Appointment Confirmation



U.S. Citizenship and Immigration
Services

## Appointment Details

Customer: Jairo Arango

**Your USCIS office**
**Kendall Field Office**
14675 SW 120TH STREET
Kendall, FL 33186

**Date**
07/27/2017
**Time**
11:15 AM

**This is the only time that we will provide you with your Personal Identification Number (PIN). Keep your PIN and confirmation letter in a safe place in case you have to reschedule or cancel your appointment.**

Confirmation Number:

## KND-17-14839

PIN:

## 12083

Attention: • It is recommended that InfoPass appointments be scheduled with the field office that serves the customer's jurisdiction. While we strive to accommodate you at any field office, some services may be limited if you schedule an appointment with an office outside of your jurisdiction. • Do not come earlier than 15 minutes prior to your appointment. • If you need to cancel or reschedule your appointment please visit my.uscis.gov/appointment to manage your appointment.

4645

## What you need to bring

▶ This letter - Print a copy of this appointment letter.

▶ Government photo ID - You can bring your passport, valid driver's license, military ID, U.S. government ID, work permit, or Green Card.

▶ Application documents - Bring all immigration forms, receipts, and any other documents related to your case

## Additional information

▶ All USCIS offices are handicap accessible. If you need special accommodations, please call customer service at 800-375-5283 (TDD for the deaf or hard of hearing: 1-800-767-1833.)

▶ Bring a translator if you need someone to help with translation.

**EXHIBIT 13**

U.S. Citizenship and
Immigration Services

# Appointment Details

Customer: LUCIA
ARANGO

**Your USCIS office**

**Kendall Field Office**
14675 SW 120TH STREET
Kendall, FL 33186

**Date**

08/10/2017

**Time**

11:00 AM



Confirmation Number:

## KND-17-15786

5183

Attention: • It is recommended that InfoPass appointments be scheduled with the field office that serves the customer's jurisdiction. While we strive to accommodate you at any field office, some services may be limited if you schedule an appointment with an office outside of your jurisdiction. • Do not come earlier than 15 minutes prior to your appointment. • If you need to cancel or reschedule your appointment please visit my.uscis.gov/appointment to manage your appointment.

# What you need to bring

- This letter – Print a copy of this letter or your confirmation email.

- Official photo ID – Your passport, driver's license, military ID, state-issued ID, Work Authorization Card, and Green Card will all be accepted.

- Application documents – Bring certified versions of any documents related to your application.

# Additional information

- All USCIS offices are handicap accessible. If you need special accommodations, please call customer service at 800-375-5283 (TDD for the deaf or hard of hearing: 1-800-767-1833.)

- Bring a translator if you need someone to help with translation.

 U.S. Citizenship and Immigration
Services

# Appointment Details

Customer: Jairo Arango Gil

**Your USCIS office**
**Kendall Field Office**
14675 SW 120TH STREET
Kendall, FL 33186

**Date**
09/18/2018
**Time**
08:30 AM

**This is the only time that we will provide you with your Personal Identification Number (PIN). Keep your PIN and confirmation letter in a safe place in case you have to reschedule or cancel your appointment.**

Confirmation Number:
## KND-18-17956



PIN:
## 90730

9359

Attention: • It is recommended that InfoPass appointments be scheduled with the field office that serves the customer's jurisdiction. While we strive to accommodate you at any field office, some services may be limited if you schedule an appointment with an office outside of your jurisdiction. • Do not come earlier than 15 minutes prior to your appointment. • If you need to cancel or reschedule your appointment please visit my.uscis.gov/appointment to manage your appointment.

# What you need to bring

▸ This letter - Print a copy of this appointment letter.

▸ Government photo ID - You can bring your passport, valid driver's license, military ID, U.S. government ID, work permit, or Green Card.

▸ Application documents - Bring all immigration forms, receipts, and any other documents related to your case.

# Additional information

▸ All USCIS offices are handicap accessible. If you need special accommodations, please call the contact center at 800-375-5283 (TDD for the deaf or hard of hearing: 1-800-767-1833.)

▸ Bring a translator if you need someone to help with translation.