On March 8, 2018, we received your Form I-829, Petition by Entrepreneur to Remove Conditions on Permanent Resident Status, Receipt Number SRC9925600012, at your local office. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number**

CHECK STATUS

## RELATED TOOLS



MAKE UPDATES — Change of Address

GET HELP — Submit a Case Inquiry

EXHIBIT 14

On March 8, 2018, we received your Form I-829, Petition by Entrepreneur to Remove Conditions on Permanent Resident Status, Receipt Number SRC9925600012, at your local office. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number** ?

CHECK STATUS

*file is not in the local office. 12/13/2018 system shows that is still pending HO of Investors office.*

## RELATED TOOLS



MAKE UPDATES

Change of Address



GET HELP

Submit a Case Inquiry

*Change Address. — Miami Beach.*

Official Website of the Department of Homeland Security    Español

*Login (/casestatus/displayLogon.do)* or
*Sign up (disclaimer.do)*


(http://www.uscis.gov)

MENU +

**FORMS (http://www.uscis.gov/forms)**

**NEWS (http://www.uscis.gov/news)**

**CITIZENSHIP (http://www.uscis.gov/us-citizenship)**

**GREEN CARD (http://www.uscis.gov/greencard)**

**TOOLS (http://www.uscis.gov/tools)**

**LEGAL RESOURCES (https://www.uscis.gov/legal-resources)**

X



## Case Was Received At My Local Office

Official Website of the Department of Homeland Security    Español


(http://www.uscis.gov)

*Login (/casestatus/displayLogon.do)* or *Sign up (disclaimer.do)*

MENU +

**FORMS (http://www.uscis.gov/forms)**

**NEWS (http://www.uscis.gov/news)**

**CITIZENSHIP (http://www.uscis.gov/us-citizenship)**

**GREEN CARD (http://www.uscis.gov/greencard)**

**TOOLS (http://www.uscis.gov/tools)**

**LEGAL RESOURCES (https://www.uscis.gov/legal-resources)**

X



## Case Was Received At My Local Office

On March 8, 2018, we received your Form I-829, Petition by Entrepreneur to Remove Conditions on Permanent Resident Status, Receipt Number SRC9925600012, at your local office. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.



**Enter Another Receipt Number**   ?