UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20588-CIV-MORENO

JAIRO ARANGO,

       Plaintiff,

vs.

KRISTJEN NIELSEN, Secretary Department
of Homeland Security; LEE FRANCIS
CISSNA, Director USCIS; and NICHOLAS
COLUCCI, USCIS Chief Immigrant Investor
Program Office,

       Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Parties' Stipulation of Dismissal **(D.E. 15)**, filed on **August 14, 2019**.

THE COURT has considered the stipulation, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Furthermore, all pending motions are DENIED as MOOT with leave to renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _19_ of August 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record